IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| IN RE LIFELOCK INCORPORATED MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET NO. 08-1977-MHM<br>**ORDER** |

IT IS HEREBY ORDERED pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, consolidating the case of <u>Blake, et al., v. LifeLock, Inc.</u>, CV-08-2162-HRH with <u>In re LifeLock, Inc., Marketing and Sales Practices Litigation</u>, MDL Docket No. 08-1977-MHM, for pre-trial purposes. At the conclusion of the consolidated pre-trial proceedings, the case shall be remanded to the chambers of the Honorable H. Russell Holland for trial.

IT IS FURTHER ORDERED directing the Clerk of the Court to docket this Order in both CV-08-2162-HRH and MDL-08-1977-MHM.

DATED this 6th day of January, 2009.

Mary H. Murguia
United States District Judge