IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE LIFELOCK, INC., MARKETING AND SALES PRACTICES LITIGATION, ) ) ) THIS DOCUMENT RELATES TO: ) ) Melvin A. Blake, et al., ) C.A. No. 2:08cv 2162 ) ) Melvin A. Blake, et al., ) ) Plaintiff(s), ) ) v. ) ) LifeLock, Inc., ) ) Defendant(s) ) | **MDL Docket No. 08-1977-MHM** **NOTICE** |

**IN THE ABOVE MATTER,** you are advised that the case listed above (originally filed in District of Arizona on 11/24/08) is now consolidated with and part of **MDL No. 1977** pursuant to the Order issued by District Judge Mary H. Murguia and filed January 7, 2009. Therefore, future pleadings pertaining to the above case will be filed in **MDL-No. 1977,** The title page of these documents should be prepared as shown above.

January 7, 2009                                            RICHARD H. WEARE
       Date                                                        DCE/Clerk

                                                                   s/M. Pruneau
                                                                     Deputy Clerk